No. 1083. C. J. Hendry Co. et al. *v.* Moore et al., as the Fish and Game Commission. Appeal from the Supreme Court of California. April 13, 1942. The appeal is dismissed for want of jurisdiction. Section 237 (a), Judicial Code, as amended, 28 U. S. C. § 344 (a). Treating the papers whereon the appeal was allowed as a petition for writ of certiorari as required by § 237 (c) of the Judicial Code as amended, 28 U. S. C. § 344 (c), certiorari is

granted. *Mr. Arch E. Ekdale* for appellants. *Messrs. Earl Warren*, Attorney General of California, and *Everett W. Mattoon*, Assistant Attorney General, for appellees.